JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA DEL CASTILLO,<br><br>       Plaintiff(s),<br><br>    v.<br><br>R AND L CARRIERS, INC., et al.,<br><br>       Defendant(s).<br>_____ | CASE NO. CV11-04125-AHM (JEMx)<br><br>ORDER DISMISSING CIVIL ACTION<br>BY VIRTUE OF SETTLEMENT |

The Court having been advised by the Settlement Officer that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: January 31, 2012

**JS-6**

_____
A. Howard Matz
United States District Court Judge